UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| **ANGELA BARNES,** | ) | CASE NO. 1:19CV1483 |
| | ) | |
| | ) | **SENIOR JUDGE** |
| Plaintiff, | ) | **CHRISTOPHER A. BOYKO** |
| | ) | |
| v. | ) | <u>**JUDGMENT**</u> |
| | ) | |
| | ) | |
| **MIDLAND CREDIT MANAGEMENT,** | ) | |
| | ) | |
| Defendant. | ) | |

The Court has filed its Opinion and Order in the above-captioned matter, granting Defendant's Motion for Summary Judgment. Accordingly, this action is terminated pursuant to Federal Rule of Civil Procedure 58.

**IT IS SO ORDERED.**


        s/Christopher A. Boyko
**HONORABLE CHRISTOPHER A. BOYKO**
**SENIOR U. S. DISTRICT JUDGE**